**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| GOMAIN KONNEH, on behalf of herself and allothers similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>URBAN ONE, INC.,<br><br>Defendant. | Civil Action No. PX -25-1460 |

**SETTLEMENT ORDER**
**(LOCAL RULE 111)**

On September 26, 2025, the Parties informed the Court that a settlement in principle had been reached between them. ECF No. 12. Accordingly, pursuant to Local Rule 111, the settling parties are hereby directed to submit a proposed Order of Settlement on or before **November 17, 2025.** The proceedings are STAYED in this matter pending the filing of the notice of dismissal.

Dated: October 1, 2025

/S/
Paula Xinis
United States District Judge