**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| GOMIAN KONNEH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>URBAN ONE, INC.,<br><br>Defendant. | Case No. 8:25-cv-01460-PX |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Gomian Konneh, individually, and on behalf of all others similarly situated, hereby files her Unopposed Motion for Preliminary Approval of Class Action Settlement, requesting the Court enter an order:

1. Preliminarily approving the Settlement described in the Settlement Agreement, and the attachments thereto,[1] between Plaintiff and Defendant as fair, reasonable, and adequate;
2. Provisionally certifying the Settlement Class pursuant to Rule 23 for settlement purposes only;
3. Approving the Notice Program set forth in the Agreement, including the form and content of the Notices attached to the Agreement as Exhibits A and B;
4. Approving the Claims Process set forth in the Agreement, including the form and content of the Claim Form attached to the Agreement as Exhibit C;

[1] The capitalized terms herein shall have the same meanings as those defined in the Settlement Agreement attached as Exhibit A to Plaintiff's Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement ("Memorandum").

5. Designating Plaintiff as Class Representative for settlement purposes;
6. Appointing Brittany Resch of Strauss Borrelli PLLC as Class Counsel for settlement purposes;
7. Appointing Simpluris as the Settlement Administrator;
8. Approving the opt-out and objection procedures outlined in the Agreement;
9. Staying this Action or otherwise adjourning litigation deadlines pending Final Approval of the Settlement; and
10. Scheduling a Final Approval Hearing at least 120 days from entry of the preliminary approval order, or as soon thereafter at the Court's convenience, at which the Court will conduct an inquiry into the fairness of the Settlement, Final Approval of the Settlement, and consideration of Settlement Class Counsel's Application for Attorneys' Fees, Costs, and Service Award for the Class Representative.

This Motion is based upon: (1) this Motion; (2) the Memorandum; (3) Declaration of Brittany Resch in Support of Motion for Preliminary Approval of Class Action Settlement; (4) the Settlement Agreement (attached to the Memorandum as Exhibit A); (5) the Notices and Claim Form (attached to the Settlement Agreement); (6) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (7) the records, pleadings, and papers filed in this action; and (8) such other documentary and oral evidence or argument as may be presented to the Court in support of this Motion for Preliminary Approval.

Defendant does not oppose the relief requested in this Motion for Preliminary Approval.

Dated: December 8, 2025

Respectfully submitted,

By: */s/ Brittany Resch*

Brittany Resch (*Pro Hac Vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com

Duane O. King
**THE LAW OFFICE OF DUANE O. KING, PC**
803 W. Broad St. Suite 210
Falls Church, VA 22046
Telephone: (202) 331-1963
Facsimile: (202) 449-8365
dking@dkinglaw.com

*Attorney for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Brittany Resch, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 8th day of December, 2025.

STRAUSS BORRELLI PLLC

By: */s/ Brittany Resch*

Brittany Resch
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com